# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | 8:22-cv-01820-SVW-KK | Date | October 21, 2022 |
|---|---|---|---|
| Title | Ivin Mood v. City of Newport Beach et al | | |

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE | |
|---|---|---|
| Paul M. Cruz | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:** IN CHAMBERS - ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED

  The Court orders pro se plaintiff, Ivin Mood to show cause no later than November 14, 2022 why this case should not be dismissed for being duplicative of 8:15-cv-01154 SVW(KK), which was dismissed with prejudice and the Ninth Circuit affirmed the dismissal.

:

Initials of Preparer    PMC