UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 8:22-cv-01820-SVW-KK | Date | January 5, 2023 |
|---|---|---|---|
| Title | Ivin Mood v. City of Newport Beach et al | | |

JS - 6

| Present: The Honorable | STEPHEN V. WILSON, U.S. DISTRICT JUDGE |
|---|---|
| Paul M. Cruz | N/A |
| Deputy Clerk | Court Reporter / Recorder    Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| N/A | N/A |

**Proceedings:**   IN CHAMBERS ORDER DISMISSING ACTION

On October 21, 2022, the Court issued an order to show cause why this action should not be dismissed for being duplicative of another case already dismissed and which was affirmed by the Ninth Circuit.

In response, on October 31, 2022, plaintiff filed a Proof of Service, but failed to answer the Court's question.

To date, Plaintiff has failed to adequately respond to the Order to Show Cause.

The Court orders the case dismissed.

Initials of Preparer    PMC